**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

KINGRALE COLLINS
ADC #SK945                                                                                              PLAINTIFF

V.                                      2:06CV00107 SWW/JTR

JIM NOBLIN, Attorney,
Forrest City, Arkansas et al.                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted and Judgment is entered in favor of Defendants on all claims. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 16th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE